ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant*
*Walmart Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN LINDA JIMINEZ,<br><br>  Plaintiff,<br>v.<br><br>WAL-MART, INC., a foreign corporation; DOE INDIVIDUALS 1-10; and ROE CORPORATIONS/ENTITIES 1-10,<br><br>  Defendants. | Case No.: 2:21-cv-01406-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

///
///
///
///
///
///
///

party's own costs and attorney's fees.

DATED this 23rd day of March 2022.

**THE COTTLE FIRM**

/s/ Matthew Minucci

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
517 South Third Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*
*Kathryn Linda Jiminez*

DATED this 23 day of March 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ Robert Phillips

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 S. Ninth St.
Las Vegas, NV 89101

*Attorneys for Defendant*
*Walmart Inc.*

***Kathryn Linda Jiminez v. Walmart Inc.***
*Case No.* **2:21-cv-01406-RFB-VCF**

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 23rd day of March, 2022.

_____
RICHARD E. BOULWARE, II
United States District Court